**Jason ORTEGA, Plaintiff—Appellant,**

v.

**Kathleen Hawk SAWYER; Eduardo Gonzalas; George R. Havens; John W. Marshall; Willie Scott; Bob Guzik; Ronald J. Angelone; Tracy Ray;**
**S.K. Young; Paul Lanteigne; McCabe; Jerry Brown; G.F. Driscoll; Reva L. Bedwell; Flennor; Faulks, Defendants—Appellees.**

No. 03–7729.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2004.

Decided Feb. 23, 2004.

Jason Ortega, Appellant pro se.

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Jason Ortega appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ortega v. Sawyer,* No. CA–03–109–3 (E.D.Va. Oct. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*